UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MICHAEL GLENN GLASCOCK

CASE NO. 6:14-cr-34-Orl-22DAB
18 U.S.C. § 2251(a)
18 U.S.C. § 2251(b)
18 U.S.C. § 2422(b)
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2253 – Forfeiture
18 U.S.C. § 2428 - Forfeiture

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

Beginning on or about October 11, 2012, and continuing through and including on or about October 11, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly employ, use, persuade, induce, entice, and coerce a minor under the age of 18 years, to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and

transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO

Beginning on or about October 11, 2012, and continuing through and including on or about October 11, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, being the parent, legal guardian, and having custody and control of a minor under the age of 18 years, knowingly permitted the minor to engage in sexually explicit conduct for the purpose of producing visual depictions of such conduct which the defendant knew and had reason to know would be transported and transmitted using any means or facility of interstate and foreign commerce, and which were transported and transmitted using any means or facility of interstate and foreign commerce, and which were produced using materials that have been mailed, shipped, and transported in interstate and foreign commerce

All in violation of Title 18, United States Code, Section 2251(b) and (e).

## COUNT THREE

On or about October 11, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, using a facility and means of interstate commerce, that is,

the Internet and cell phone, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person could be charged with a criminal offense under the laws of the State of Florida law, that is, Lewd or Lascivious Battery, a violation of Section 800.04.

All in violation of Title 18, United States Code, Section 2422(b).

## COUNT FOUR

On or about September 7, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly distribute material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

## COUNT FIVE

On or about September 9, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly distribute material containing images of child

pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and (b)(1).

### COUNT SIX

On or about September 7, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly receive material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and (b)(1).

### COUNT SEVEN

On or about September 9, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly receive material containing images of child

4

pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet.

All in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and (b)(1).

## COUNT EIGHT

On or about October 11, 2013, in Brevard County, Florida, in the Middle District of Florida, and elsewhere,

**MICHAEL GLENN GLASCOCK,**

the defendant herein, did knowingly possess material containing images of child pornography, that is, visual depictions of a minor engaging in sexually explicit conduct, that involved a prepubescent minor or a minor who had not attained 12 years of age, which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and using any means and facility of interstate and foreign commerce, that is, the Internet, and which were produced using materials that have been mailed, shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

## FORFEITURE

1.      The allegations contained in Counts One, Two, and Four through Eight of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures, pursuant to provisions of Title 18, United States Code, Section 2253.

2.      From his engagement in violations alleged in Counts One, Two, and Four through Eight of this Indictment, the defendant, **MICHAEL GLENN GLASCOCK**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all of her interest in:

    a.      Any visual depiction described in Title, 18 United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of chapter;

    b.      Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and

    c.      Any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, including but not limited to: (1) a Samsung Sprint cell phone, model SPH-L720 Galaxy S4; (2) a Samsung cell phone, model SPH-M930; (3) two Sandisk MicroSD 2G SD cards; and (4) a Nikon, Coolpix S4100, digital camera.

6

3.    The allegations contained in Count Three of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 2428.

4.    Pursuant to Title 18, United States Code, Section 2428, upon conviction of an offense in violation of Title 18, United States Code, Section 2422, the defendant, **MICHAEL GLENN GLASCOCK**, shall forfeit to the United States of America any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense and any property, real or personal, constituting or derived from any proceeds obtained, directly or indirectly, as a result of the offense. The property to be forfeited includes, but is not limited to, the following: (1) a Samsung Sprint cell phone, model SPH-L720 Galaxy S4; (2) a Samsung cell phone, model SPH-M930; (3) two Sandisk MicroSD 2G SD cards; and (4) a Nikon, Coolpix S4100, digital camera.

5.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 2253(b), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property and shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson


A. LEE BENTLEY, III
United States Attorney

By: _____
Andrew C. Searle
Assistant United States Attorney


By: _____
Carlos A. Perez-Irizarry
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No.

UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

MICHAEL GLENN GLASCOCK

INDICTMENT

Violations:

18 U.S.C. § 2251(a)
18 U.S.C. § 2251(b)
18 U.S.C. § 2242(b)
18 U.S.C. § 2252A(a)(2)(B)
18 U.S.C. § 2252A(a)(5)(B)

A true bill,

_____
Foreperson

Filed in open court this 19th day

of February, 2014.

_____
Clerk

Bail  $_____