UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 6:14-cr-34-Orl-22DAB

MICHAEL GLENN GLASCOCK

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

A. Lee Bentley, III, United States Attorney

Brevard County Sheriff's Office, Investigative Agency

Michael Glenn Glascock, Defendant

Homeland Security Investigations, Investigative Agency

Andrew C. Searle, Assistant United States Attorney

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Minor victims

I hereby certify that I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: February 20, 2014

        Respectfully submitted,

        A. LEE BENTLEY, III
        United States Attorney

By: *s/ Andrew C. Searle*
    Andrew C. Searle
    Assistant United States Attorney
    USA No. 0143
    400 West Washington Street, Suite 3100
    Orlando, Florida  32801
    Telephone:   (407) 648-7500
    Facsimile:    (407) 648-7643
    E-mail:    andrew.searle@usdoj.gov

U.S. v. Michael Glenn Glascock                     Case No. 6:14-cr-34-Orl-22DAB

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

N/A

<u>*s/ Andrew C. Searle*</u>
Andrew C. Searle
Assistant United States Attorney
USA No. 0143
400 West Washington Street, Suite 3100
Orlando, Florida  32801
Telephone:   (407) 648-7500
Facsimile:    (407) 648-7643
E-mail:    andrew.searle@usdoj.gov